# UNITED STATES DISTRICT COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jordan Glogau ) | |
| 271 Treetop Circle ) | Case: 1:22–cv–00470 |
| Nanuet, New York  10954 ) | Assigned To : Boasberg, James E. |
| ) | Assign. Date : 2/18/2022 |
| ) | Description: Pro Se Gen. Civ. (F–DECK) |
| VS. ) | CIVIL ACTION NO. (_____) |
| ) | |
| ) | |
| United States of America ) | |
| Federal Triangle ) | |
| Washington, DC 20500 ) | |

RECEIVED
Mail Room

FEB 1 8 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**COMPLAINT**
**2015 to PRESENT – DEMOCRACY in PERIL**

# I.     Introduction

Never in the history of the United States has one person come so close to destroying this nation and its institutions. You would have to add Benedict Arnold for treason and Arron Burr for unconstitutional conspiracy to find such a toxic destructive combination as Donald J. Trump. However, this is a civil complaint, therefore a remedy has to come from the part of the US Code which is non-criminal.

We cannot view the 2016 election as an event that occurred in the isolation of the 2015 to 2016 time frame. It has to be viewed as a continuum from 2015 to 2022 because the Russians never stopped their efforts before or after the 2016 election to destabilize the United States.

At the time of the filing Putin is now desperate and is forced to continue his march to rebuild the former Soviet Union by non-stealth means. His Useful Idiot is no longer in the White House and by either fending a hot war or going to actual war he hopes again to destabilize the United States and Europe by any means necessary.

The solution is to annul the 2016 election. Without this annulment the country will fall far behind in regards to voting and civil rights, healthcare, national and international security, the environment and many other issues, we will degenerate into a banana republic. *One only has to observe the 400 plus anti-democratic bills/ laws that are being enacted by at least 18 States to see the need for this drastic action.* There is little case law that supports the annulment *but never the less the case must be made* to stabilize this country's democratic underpinning.

By providing unfettered access to all sources and methods of all US Intelligence Agencies regarding the efforts of the Russians and the Trump Campaign can the court be assured that the 2016 election was actually a coup d'état, not a free and fair election. The plaintiff is sure there is a graveyard of skeletons bursting out of the former administration's closet(s) with the required proof.

This annulment will void all executive orders, laws, treaties and appointments done by the vacated administration, this includes all of the three recent Trump Supreme Court appointees.

Along with the annulment, Trump, his running mate, their children, their siblings would be given full pardons. In addition all their assets will not be attached, to the best ability of the Federal Government.

Efforts by Trump, from 2015 to Present, provide conclusive evidence of violations of the Kul Klux Klan Act, consequently Trump and Pence should be prevented from running for public office. But since this is a civil suit the court can't order these penalties against Trump and Pence. However, should either of them attempt to run for office, their pardons will be revoked and all their estates put into bankruptcy. Further, neither will have the right to challenge the suit since they were never actually President or Vice President, consequently they will not have standing.

This leaves Trump and Pence open to exercise their First Amendment rights to free speech, such as endorsing candidates.

One simple way for this to work is for the Biden Administration to ignore this complaint and the plaintiff be granted summary judgement, which is also the quickest route to resolution and the stabilization of the upcoming fall elections.

It is hoped that the court will permit other individuals and organization to join this suit, in the spirit of a class action suit, for the purpose of providing lawful standing. One example of an organization that

would have standing would be high tax states like New York and California with millions if not hundreds of million in additional taxes. This means that those state governments and their residents would be interested in joining the suit in order to void the Trump 2017 Tax Law.

## II.     Jurisdiction
Jurisdiction in this action is predicated upon U.S.C.

## III.    Venue
Venue for this action is predicated upon U.S.C. It is suggested that the proceeding be closed in order to protect Sources and Methods. Once a verdict is rendered by the court the finding will be announced to the public and a cleansed report of these findings will be made available to all interested parties. Additional classified reports may also be produced with the help of the interested agencies.

## IV.    The Parties
The Federal Government is the defendant and Jordan Glogau is the plaintiff. However, there are other classes of plaintiffs that may have reason to join the suit and help with support including but not limited to:

- Individuals like former AG Eric Holder, former WH Ethics lawyer Richard Painter.
- Civil servants and the military who were defamed, demoted or/and fired by the former administration such as Alexander Vindman, James Comey, Andrew McCabe, Peter Stzrok and Lisa Page.
- Federal employees hurt by the government 2018-2019 shutdown.
- Federal contractors who may never get their back pay, during the same shut down.
- COVID-19 victims, including those who died or with serious post conditions *(Patients with serious neurological conditions from the virus haven't been discussed with the public.)*
- Members of the military or intelligence agencies with deeper knowledge of the administration's misconduct.
- Michael Cohen's judge declaring his solitary confinement being retaliatory.
- Former Presidents of the United States such as President Carter and George W. Bush. See the section below why these former Presidents should be asked to join.
- All States and Municipalities that are over extending their budgets because of the uncontrolled pandemic caused by Trump Administration's mismanagement.
- States that were pressured illegally during the 2020 election, such as Georgia.

This list is not complete, but should be encompassing enough to include multiple injured parties.

## V.     Background
In March of 2017 Glogau attempted to sue Donald Trump for treason. The brief basically stated that the 2016 Election wasn't an election at all but a Coup d'état by the Russian Government. Therefore the election should be voided and a new election rerun. Here is a URL with the court documentation:

https://www.pacermonitor.com/public/case/21047910/Glogau_v_Trump_et_al

As a day-to-day voter I didn't have *standing* to sue the President of the United States. The judge *never* said the complaint didn't have merit simply that I didn't have merit.

It bears repeating, the 2016 Election wasn't an election at all but a Coup d'état by the Russian Government. Therefore the election should be voided.

But this still leaves the question of standing.

## VI.   Who Has *Standing* - Who is the Plaintiff?

The whole idea of standing only makes sense when we're talking about normal circumstances. This is NOT the present circumstance, this is an emergency.

IF OTHER parties are needed for standing these other parties can join the suit, as in a class action, but let the judicial branch admit the plaintiff to *some* Federal docket. Just think of all the judges and other administrative members of the Federal government that have "ruled" against Trump. A short list includes:

- The Supreme Court ruling in favor of the Manhattan District Attorney 7 to 2 to disclose the Trump taxes.
- The Supreme Court 8-1 ruling in favor of Congress' January 6, 2021 Committee allowing access to the Trump White House's written and recorded records.
- The findings of Robert Mueller, former Special Council, in charge of the Russian investigation of the 2016 Trump Presidential campaign.
- The two impeachment hearings by the House of Representatives and the Senate trials.

## VII.   Who is the Defendant?

The suit is against both the present and past administrations. This includes the Obama, Trump and Biden administrations. The Biden administration needs to be added because President Biden was Vice President under the Obama administration. Here is why they shouldn't have STANDING:

- President Barack Obama was too partisan by not telling the public about the Trump efforts to work with the Russians because he thought Secretary Clinton would win the election.
- Senator Mitch McConnell was too partisan when he told President Obama not to tell the public about the investigation(s) about the Russian/Trump efforts.
- President Biden's administration lacks objectivity and should stand aside, let the facts about the 2016 Presidential election speak for themselves, *even if a level of secrecy is needed to protect sources and methods.*

But these three administrations, and the people they represent, are only stand-ins for the utterly failed Federal Government as a whole. Way too many people let this fall through the cracks. A cast of 1,000's would have to be called before the bench to audit the follies of 2016 and 2020 elections.

## VIII. We Have Crossed the Rubicon

It's clear that Trump will do anything to get back in office. He and his followers are subverting the next election by making it much more difficult to vote, particularly in non-white counties and states. In addition, his followers are taking over local election boards to overturn elections this year and 2024. Now is the time to keep him out of office and save the country from this horrendous situation.

The only way out of this is to give him, his family, and the former Vice President pardons. This is coming from the complainant who sued Trump for TREASON in 2017!

So the present President, President Biden, would have to issue this pardon. This will be similar to the broad pardon that President Ford issued for President Nixon. Unless, the court believes it has the power to grant the pardon, which the plaintiff believes the Judicial Branch does.

## IX.   Trump Needs an Exit Plan

No amount of hoping is going to "fix" Trump. He is willing to drag down this country if he's not given a way out. Trump wants out, for example, he moved to Florida because of the State's bankruptcy law, he's worried about taking a fall and has to preserve the family nest egg. He needs a vehicle to get out of his predicament.

Trump has also hinted, through Steve Bannon, in Michael Wolff's book Siege that he'll be willing to take a deal:

> *You've got to go to him with a deal; the only way Trump leaves the public eye is with a release. DOJ, State AG, Labor Department, all the RICO stuff, no prison time—and he keeps all his money. It's got to be clean"*

The Court shouldn't be fooled by all the bad news coming Trump's way. The next election is too close to call and should the House and/or the Senate comes into the hands of the Republicans, Trump may get his way. Can this democracy survive?

## X.   Sources & Methods

How can the United State public be assured that Trump and Putin were TRULY working together during the 2016 election? It is the complaint's assertion that the intelligence community is aware of the following but because of the need to protect critical Sources & Methods they have remained silent about matters like:

- What actually occurred during the June 16, 2016 meeting at Trump Tower and who was in the room and who was listening in?
- What was actually transferred by the Trump campaign to Russian Alpha Bank via their servers over the open Internet?

The court must provide a way that these and other event that occurred, while at the same time protecting the intelligent communities' sources & methods. It occurs to the plaintiff that the FISA Court is too closed of a structure to help reveal the facts as they are needed for the public to be educated.

## XI.   Shutting Down Trump by Pardon

By annulling the 2016 election Trump and Pence, providing them with their pound of flesh, their pardons, would preclude them from ever running for office again, this way the *country* is let off the hook. This is the only way to save the Republican Party and maybe the Democratic Party at that. Only by separating Trump and his minions from conventional conservatives can the Republican Party reform itself and perhaps the give the moderate Democrats a boost.

## XII.   Summary

Coming into the election of 2022, half the US population believes that this won't be a fair election because of secure methods such as mail-in ballots are being painted as fraudulent, a total fabrication

Trump keeps pushing. Trump is way too good at manipulating people which is more the reason to get him neutralized.

Our Country is in the middle of turmoil to such an extent that democracy may collapse. Donald Trump is ready to destroy our democracy in order to stay out of jail and/or prevent the loss of his and his family's fortune.

It is our collective lack of imagination that is keeping us thinking *inside the box, Donald's box that is*. If you're Donald Trump and you think you're about to lose everything and go to prison, what other option do you have but to keep on running?

## XIII. Prayer for Relief

Annul the 2016 Presidential Election. Void all laws, appointments, treaties, regulations, executive orders of the Trump administration. Everything done during the Trump administration was fraudulent, simply clear the deck. Finally restrain Donald Trump and Mike Pence from ever running for office again.

The government can owe the plaintiff one dollar.

## XIV. Demand for Jury Trial

There is NO demand for a jury trial.

## XV. A Word Regarding Security

The DC District Court is without doubt a secure building and area. However, the NRC just declared January 6, 2021 "legitimate political discourse", an Orwellian wording to declaring war on democracy.

This trial will require a combination of the management of logistics, security, timing, and luck for a positive outcome. It will require the Judicial Branch to pull this Republic back from the brink.

Dated: _____

Signature: *Jordan Glogau*

Jordan Glogau
271 Treetop Circle
Nanuet, NY  10954