UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN GLOGAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-0470 (JEB) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant, through undersigned counsel, respectfully moves this Court to dismiss Plaintiff's Complaint in the above-captioned civil action (ECF No. 1) for the reasons set forth in the accompanying memorandum.  A proposed order is submitted herewith.

\* \* \*

Dated: May 2, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ *Sian Jones*
     SIAN JONES
     D.C. Bar # 1024062
     Assistant United States Attorney
     601 D St., N.W.
     Washington, D.C. 20530
     Phone: (202) 252-2578
     Fax: (202) 252-2599
     Email: Sian.Jones@usdoj.gov

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on May 2, 2022, I will cause to be served on Plaintiff via first-class mail, postage prepaid, the foregoing Motion to the following address:

JORDAN GLOGAU
271 Treetop Circle
Nanuet, NY 10954

By: /s/ *Sian Jones*
*Counsel for the United States*