UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JORDAN GLOGAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-0470 (JEB) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint, applicable

legal authorities, and the entire record herein, it is hereby:

ORDERED that Defendant's Motion should be, and hereby is, GRANTED; and it is further

ORDERED that the Complaint in the above-captioned civil action should be, and hereby

is, DISMISSED.


SO ORDERED this _____ day of _____, 2022.


_____
United States District Judge