**UNITED STATES DISTRICT COURTS**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| | ) | |
| JORDAN GLOGAU | ) | |
| 271 Treetop Circle | ) | |
| Nanuet, New York  10954 | ) | |
| Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. (1:22-cv-00470) |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| Federal Triangle | ) | |
| Washington, DC 20500 | ) | |
| Defendant | ) | |

*Leave to file GRANTED*

*James E. Boasberg*
*United States District*

*5-17-22*

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS REQUESTING SUMMARY JUDGMENT

     Jordan Glogau, the Plaintiff in this case, opposes the Motion to Dismiss which was filed by United States of America, the Defendant in this case. My opposition is based upon and supported by the following Memorandum of Points and Authorities, statement of material facts file with the Court, the attached declaration and exhibits, and any argument the Court may allow at the time of hearing. Also attached is a proposed order.

 Dated:                          Respectfully submitted,

RECEIVED
Mail Room

MAY 16 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## UNITED STATES DISTRICT COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN GLOGAU ) | ) |
| 271 Treetop Circle ) | |
| Nanuet, New York  10954 ) | |
| Plaintiff | ) |
| | ) |
| VS. ) | CIVIL ACTION NO. (1:22-cv-00470) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| Federal Triangle ) | |
| Washington, DC 20500 ) | |
| Defendant_____) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

I oppose the motion on file with the Court submitted by the undersigned counsel of the United States of America for the following reasons and based upon the facts, law, and legal analysis below:

## LEGAL STANDARD

Pursuant to the initial summons filed on February 23, 2022 stipulating that a judgment by default will be entered against the defendant for the relief demanded in the complaint if an answer is not served on the plaintiff within 60 days for any United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3).

As an answer is only filed on May 2, 2022 which surpassed the prescribed 60 days limitation per Fed. R. Civ. P. 12 (a)(2) or (3), the failure to comply with the requirements of this rule justifies the entry of a default by the clerk or the court sua sponte pursuant to Fed. R. Civ. P. 12(5). Such non-compliance constitutes gross misconduct and procedural defects. The plaintiff is therefore entitled to a default judgment entered against the defendant and the motion to

dismiss is to be set aside due to defendant's failure to comply with local rules governing the procedures of the aforementioned. The plaintiff would hence be entitled to monetary damages. The plaintiff also respectfully requests move for summary judgment pursuant to Rule 56 of Federal Rules of Civil Procedure.

## ANALYSIS

### A. Legal Standard for Entry of Default Judgment Under Rule 55(b)(2)

A court has the power to enter default judgment when a defendant fails to defend its case appropriately or otherwise engages in dilatory tactics. *See Keegel v. Key West & Caribbean Trading Co., 627 F.2d 372, 375 n. 5 (D.C.Cir.1980).* Rule 55(a) of the Federal Rules of Civil Procedure provides for entry of default " [w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules." FED.R.CIV.P. 55(a). Upon request of the party entitled to default, Rule 55(b)(2) authorizes the court to enter against the defendant a default judgment for the amount claimed and costs. FED.R.CIV.P. 55(b)(2).

Because courts strongly favor resolution of disputes on their merits, and because " it seems inherently unfair" to use the court's power to enter judgment as a penalty for filing delays, default judgments are not favored by modern courts. *See Jackson v. Beech, 636 F.2d 831, 835 (D.C.Cir.1980).* Accordingly, default judgment usually is available " only when the adversary process has been halted because of an essentially unresponsive party[, as] the diligent party must be protected lest he be faced with interminable delay and continued uncertainty as to his rights." *Jackson,* 636 F.2d at 836 (quoting *H.F. Livermore Corp. v. Aktiengesellschaft Gebruder Loepfe, 432 F.2d 689, 691 (D.C.Cir.1970)*). Default establishes the defaulting party's liability for the well-pleaded allegations of the complaint. *See Adkins v. Teseo, 180 F.Supp.2d 15, 17 (D.D.C.2001); Avianca, Inc. v. Corriea, 1992 WL 102999, at *1 (D.D.C. Apr.13, 1992); see also Brock v. Unique Racquetball & Health Clubs, Inc., 786 F.2d 61, 65 (2d Cir.1986).*

Dated: 5/13/22

Jordán Glogau
271 Treetop Circle
Nanuet, NY  10954

PRESS FIRMLY TO SEAL

PRESS FIRMLY

PRIORITY MAIL XPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.





USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®   |   PRIORITY MAIL EXPRESS®

⬅ PEEL FROM THIS CORNER

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 9 4 ) 262 - 1 7 4 4

Jordan Gleason
271 Treetop Circle

TO: (PLEASE PRINT)   PHONE ( )

USDC District of Columbus
333 Constitution Ave, NW
Washington DC
Room 1255
20001

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code   | Day  | Scheduled Delivery Date  | Postage
              | □ 1-Day □ 2-Day □ Military □ DPO
10904         | 5/13/22 | 5-10-22 | $ 26.95

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
                           □ 10:30 AM □ 3:00 PM

Time Accepted   □ AM □ PM   Return Receipt Fee   Live Animal Transportation Fee
2:47

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
SP                          $ 3.45                      $ 30.00

Weight   □ Flat Rate   Acceptance Employee Initials

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   □ AM □ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   □ AM □ PM   Employee Signature

LABEL 11-B, MAY 2021

EI 345 746 306 US

U.S. POSTAGE PAID
R2SUM11 4714-1
$30.00
AMOUNT
10904, 22
NANUET, NY

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.