UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORDAN JAY GLOGAU,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 22-470 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  May 20, 2022

1