# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jordan Glogau
_____
Plaintiff

vs.      Civil Action No. 1:22-cv-00470

United State of America
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  21h  day of  June  , 20 22 , that

Jordan Glogau

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   21th   day of  June  , 20 22

in favor of  Jordan Glogau

against said  United States of America

_____
Attorney of Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Jordan Glogau, 271 Treetop Circle, Nanuet, NY 10954



RECEIVED
Mail Room

JUN 22 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

