UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jordan Glogau ) | |
| 271 Treetop Circle ) | |
| Nanuet, New York 10954 ) | |
| ) | |
| ) | |
| VS.  ) | CIVIL ACTION NO. (1:22-cv-00470-JEB) |
| ) | DC Appellate (22-5184) |
| ) | |
| United States of America ) | |
| Federal Triangle ) | |
| Washington, DC 20500 ) | |

**Motion for Time Extension for 22-5184**

The plaintiff has contacted the Appellate Court and requested an extension of time to file all requested documentation. This has been noted in the internal docket

We need from 2 to 3 weeks to prepare our case.

Plaintiff
Jordan Glogau