No. 22-5184                                                                 Filed: 06/29/2022

## UNITED STATES COURT OF APPEAL

### FOR THE   DISTRICT OF COLUMBIA CIRCUIT

JORDAN JAY GLOGAU

APPELLANT

V.

UNITED STATES OF AMERICA

APPELLEE

## MOTION FOR JOINDER OF PARTIES AS CO-RESPONDENTS/APPELLEES

Pursuant to Rule 19 and Rule 20 of the Federal Rules of Civil Procedure, the appellant, Jordan Jay Glogau, brings this motion for joinder of the following persons as co-respondents/ appellees in no particular order:

1. Hillary Clinton (Required Joinder)

2. Dick Cheney

3. Bill Clinton

4. Al Gore

5. Jimmy Carter

6. Dan Quayle

7. Mike Pence

8. George Bush

No. 22-5184                                                                 Filed: 06/29/2022

In support of this motion, the appellant submits a memorandum attached herewith.

**Dated: August 9, 2022**

                                                  **Respectfully submitted,**

                                                  **Jordan Jay Glogau**

                                                  **Appellant**

                                                  **Self represented**

                                                  **271 Treetop**

                                                  **Circle Nanuet,**

                                                  **New York 10954.**