# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5184**                                       **September Term, 2022**

**1:22-cv-00470-JEB**

**Filed On: August 22, 2023** [2013566]

Jordan Jay Glogau,

       Appellant

    v.

United States of America,

       Appellee

## M A N D A T E

In accordance with the order of June 2, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                                 BY:     /s/
                                              Scott H. Atchue
                                              Deputy Clerk

Link to the order filed June 2, 2023