# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5184**                       **September Term, 2022**

**1:22-cv-00470-JEB**

**Filed On:** June 2, 2023

Jordan Jay Glogau,

       Appellant

     v.

United States of America,

       Appellee

        **BEFORE:**     Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the motions for joinder of parties; the motion filed on February 1, 2023, construed as a motion for summary reversal, and the opposition thereto; and the motion for summary affirmance, the court's order to show cause filed on March 1, 2023, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motions for joinder of parties be denied. It is

**FURTHER ORDERED** that the motion for summary reversal be denied and that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly dismissed appellant's case for lack of standing. <u>See</u>, e.g., <u>Lujan v. Defenders of Wildlife</u>, 504 U.S. 555, 560 n.1 (1992); <u>Hollingsworth v. Perry</u>, 570 U.S. 693, 706 (2013); <u>Valley Forge Christian College v. Americans United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 473 (1982).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**